UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LENNELL SUMAS | CIVIL ACTION |
| VERSUS | NO. 25-1231 |
| SOUTHERN HOSPITALITY PARTNERS, LLC | SECTION: R (4) |

A Preliminary Conference was held October 28, 2025.

      Participating were:
      Garret S DeReus
      Margaret V. Zazulak

Pleadings have been completed. Jurisdiction and venue are established.

Counsel adding new parties subsequent to mailing of this notice shall serve on each new party a copy of this order. Responsive pleadings, when required, shall be filed within the applicable deadlines.

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than NOVEMBER 28, 2025**.

If applicable, corporate and citizenship disclosures pursuant to Federal Rule of Civil Procedure Rule 7.1 shall be filed by **NOVEMBER 12, 2025.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **NOVEMBER 28, 2025**.

Plaintiff's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Defendant as soon as possible, but in no event later than **APRIL 24, 2026**.

Defendant's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Plaintiff as soon as possible, but in no event later than **MAY 14, 2026.** There will be no rebuttal expert reports.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or the Local Rules of this Court are established.

Depositions for trial use shall be taken and all other discovery shall be completed no later than **MAY 26, 2026.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness. Each party shall designate those witnesses whose testimony the party expects to present by deposition, and include a transcript of the pertinent parts of the deposition. Additionally, each party shall identify the documents or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **MAY 26, 2026.**

All non-evidentiary pretrial motions, including dispositive motions and class action certification motions, shall be filed no later than **MAY 26, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JUNE 2, 2026** . Any reply memoranda shall be filed no later than **JUNE 10, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions. **Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

Motions challenging the qualifications of expert witnesses, and/or the reliability, or relevance of expert testimony ("*Daubert* motions") shall be filed no later than **MAY 26, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JUNE 2, 2026.** Any reply memoranda shall be filed no later than **JUNE 10, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions.

Motions *in limine* shall be filed on or before **JULY 21, 2026**, and responses thereto shall be filed no later than **JULY 28, 2026.**

**Motions filed in violation of this order will not be considered unless good cause is shown.**

No later than **JULY 6, 2026**, the parties shall exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. By no later than **JULY 9, 2026**, the parties shall exchange objections to exhibits and deposition testimony. Objections shall state the evidentiary grounds for the objections. No later than **JULY 10, 2026**, the parties must meet in person, video conference or telephone to arrive at all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. The parties shall submit memoranda on any unresolved objections to exhibits or deposition testimony no later than **JULY 21, 2026.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE, THAT PARTY SHOULD CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE TO BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A final Pretrial Conference will be held on **JULY 23, 2026 AT 12:00 P.M.** Counsel will be prepared in accordance with the Pretrial Notice attached. The pretrial order must be filed electronically through the Court's Electronic Case Filing system by **12:00 P.M. on JULY 21, 2026**. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL. The parties shall comply with all deadlines stated in the Pretrial Notice.**

Trial will commence **the week beginning AUGUST 3, 2026 at 8:30 A.M.** before the District Judge **WITHOUT** a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last three days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause.  Continuances will usually not be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this __3rd__ day of November, 2025.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

Rev. February 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LENNELL SUMAS                                    CIVIL ACTION

VERSUS                                           NO. 25-1231

SOUTHERN HOSPITALITY PARTNERS, LLC               SECTION: R (4 )

**ADDENDUM TO PRELIMINARY CONFERENCE ORDER**

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

| Initial Disclosures | If initial disclosures have not been completed they must be exchanged no later than **NOVEMBER 28, 2025**. |
|---|---|
| Amendment to pleadings, third party-actions, cross claims and counterclaims | Filed and served no later than **NOVEMBER 28, 2025**. |
| Settlement Conference | Parties are to contact the assigned Magistrate Judge as soon as possible to schedule but no later than six weeks prior to the pretrial conference date. |
| Plaintiff's expert reports | Obtained and delivered to counsel for defendant as soon as possible, but in no event later than **APRIL 24, 2026**. |
| Defendant's expert reports | Obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **MAY 14, 2026**. |
| Witness lists | Filed and served upon opponents by **MAY 26, 2026**. |
| Exhibit lists | Filed and served upon opponents by **MAY 26, 2026**. |
| Depositions and other discovery | Completed by **MAY 26, 2026**. |
| Non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **MAY 26, 2026.** |
| Responses/oppositions to non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **JUNE 2, 2026.** |
| Reply brief deadline & motion submission date | **JUNE 10, 2026** |

| | |
|---|---|
| Motions in limine (except as to expert testimony) | Filed no later than **JULY 21, 2026**. |
| Exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. | Filed no later than **JULY 6, 2026**. |
| Exchange objections to exhibits and deposition testimony. Objections shall state the evidentiary grounds for the objections. | Filed no later than **JULY 9, 2026**. |
| Meet in person, video conference or telephone to arrive at all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. | No later than **JULY 10, 2026**. |
| Submit memoranda on any unresolved objections to exhibits or deposition testimony. | Filed no later than **JULY 21, 2026.** |
| Pretrial Order | Filed electronically by 12:00 P.M. on **JULY 21, 2026** |
| Pretrial conference date and time | **JULY 23, 2026 AT 11:30 A.M.** |
| Responses/oppositions to motions in limine (other than those regarding admissibility of expert testimony) | Filed no later than **JULY 28, 2026.** |
| Trial date and time | **AUGUST 3, 2026 at 8:30 A.M.** |